*Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for the United States.

No. 525. HEMPHILL *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. Melville Monheimer* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *Louis B. Schwartz* for the United States.

No. 526. HILLIARD *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Messrs. John W. Carter, Jr.* and *Hugh T. Williams* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for the United States.

No. 62. PUENTE *v.* SPANISH NATIONAL STATE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Julius I. Puente, pro se.*

No. 69. C. A. ROSS, AGENT, INC. *v.* VENUTO, ADMINISTRATOR, ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Saul Nemser* for petitioner. *Mr.*

*Louis Spiegel* for respondents.

No. 77. LEWIS *v.* ILLINOIS. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Ode L. Rankin* for petitioner. *Messrs. George F. Barrett,* Attorney General of Illinois, and *Thomas J. Courtney* for respondent.

No. 79. CITY OF HARVEY ET AL. *v.* GETZ. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John J. Dowdle* for petitioners. *Mr. Henry O. Nickel* for respondent.

No. 80. CITY OF HARVEY *v.* GETZ. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John J. Dowdle* for petitioner. *Mr. Henry O. Nickel* for respondent.

No. 84. SARGENT & COMPANY ET AL. *v.* MOORE ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Raymond J. Scully* and *Hilbert I. Trachman* for petitioners. *Mr. Frank Weinstein* for respondents.

No. 85. HALL ET AL. *v.* BARNES ET AL., MEMBERS OF THE UNEMPLOYMENT COMPENSATION COMMISSION OF KEN-